IT IS SO ORDERED.

s/Christopher A. Boyko
**CHRISTOPHER A. BOYKO,
SENIOR U.S. DISTRICT JUDGE**
Date: 1/9/2020

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

**CANDACE MCDONALD ALLEN,** individually and on behalf of all others similarly situated,

      Plaintiff,

-v-

**PHOENIX FINANCIAL SERVICES, LLC,**

      Defendant.

**Civil Case Number: 1:19-cv-01846-CAB**

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the Plaintiff's voluntary dismissal of her claims against Defendant PHOENIX FINANCIAL SERVICES, LLC in the above-captioned matter, with prejudice; and that no party hereto is an infant or incompetent. A proposed Order of Dismissal is annexed hereto as Exhibit A.

All parties shall bear their own attorneys' fees and costs incurred in this action.

Dated:      December 26, 2019

/s/ Ari H. Marcus
Ari H. Marcus, Esq.
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, NJ 07712
Tel: (732) 695-3282
Email: ari@marcuszelman.com
ADMITTED PRO HAC VICE

*Attorneys for Plaintiff
Candace McDonald Allen*

/s/ Andrew E. Cunningham
Andrew E. Cunningham, Esq.
SESSIONS, FISHMAN, NATHAN & ISRAEL
141 West Jackson Boulevard, Suite 3550
Chicago, IL 60604
Tel: (312) 578-0992
Email: acunningham@sessions.legal

*Attorneys for Defendant
Phoenix Financial Services, LLC*